IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REJEANIA LOUISE MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-11-1500-C |
| ) | |
| M.B.C.C. FACILITY WARDEN, ) | |
| MS. MILLICENT NEWTON-EMBRY, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on April 12, 2012, to which Petitioner has objected.* The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge and no point would be served in repeating that analysis. While Petitioner makes lengthy arguments regarding both timeliness and actual innocence, she raises no issue of law or fact that was not fairly addressed and correctly decided by the Magistrate Judge.

---

* Petitioner filed a "Motion to Reconsider the Objection and Recommendation Report" three days out of time but the Court will treat this pleading as an objection and consider it.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, the petition for writ of habeas corpus relief is denied. Petitioner's Request for Appointment of Counsel (Dkt. No. 19) is likewise denied. A judgment shall enter.

IT IS SO ORDERED this 15th day of May, 2012.

ROBIN J. CAUTHRON
United States District Judge